NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BILLY R. KIDWELL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7207

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-0236, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## O R D E R

Billy R. Kidwell files various motions, including motions for judicial notice, hearing, and sanctions.

To the extent Kidwell is attempting to make arguments concerning his case, such arguments should be in the briefs, and the motions are denied on that ground. In his November 18, 2011 "motion for judicial notice," it

appears that Kidwell seeks to amend his briefs and that document is treated as a supplement to his briefs.

Accordingly,

IT IS ORDERED THAT:

The motions and notices are denied. The November 18, 2011 "motion for judicial notice" is treated as a supplement to his briefs. Copies of this order and that supplement shall be transmitted to the merits panel with the briefs.

FOR THE COURT

| FEB 1 6 2012 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc:  Billy R. Kidwell
     Courtney S. McNamara, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 6 2012

JAN HORBALY
CLERK